### GOEHNS v. WALLACE ET AL.

[66 South. 978.]

APPEAL AND ERROR. *Procedure. Motions. Hearing.*

> Under supreme court rule 16, so providing, where appellant moved to reverse, or in the alternative to expunge from the record a portion thereof, but when the motion was called for hearing, had filed no brief and had no counsel appear to support the motion, it will be dismissed.

APPEAL from the circuit court of ———— county.
HON. ————————, Judge.

Action by Mrs. M. A. Goehns and others against N. F. Wallace, and others. On motion to reverse and to expunge from the record certain portions thereof, dismissed.

The facts are fully stated in the opinion of the court.

*J. B. Sullivan,* for appellant.

*J. L. McMillion,* for appellee.

SMITH, C. J., delivered the opinion of the court.

These are two motions in one: First, to reverse the above styled cause for certain specified reasons; and, second to expunge from the record a certain portion thereof.

Rule No. 16 (59 So. ix) provides that:

"If counsel be not present, and have no briefs filed when their motions are regularly called, such motions shall be dismissed."

When this motion was called there was no brief on file, neither did counsel appear in support thereof. Therefore, under this rule, the motion must be, and is, dismissed.

This is a matter in which the court is especially entitled to the assistance of counsel, for the reason that the prayer is for a reversal of the judgment of the court below, a question which ordinarily arises only when the cause is being considered on its merits.

*Motion dismissed.*